Matthew P. Minser, Esq. (SBN 296344)
Allan D. Shuldiner, Esq. (SBN 252259)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Parkway, Suite 100
Alameda, CA 94502
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email: ashuldiner@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers'
Health And Welfare Trust Fund for Northern California, et al.

Sydney Jay Hall, Esq. (SBN 158151)
LAW OFFICE OF SYDNEY JAY HALL
3 East 3rd Ave., Suite 200
San Mateo, CA 94401
Telephone: (650) 342-1830
Facsimile: (650) 342-6344
Email: sjhlaw@mail.com

Attorneys for Defendants Margin Construction, Inc.
and Miguel Angel Marquez individually

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>MARGIN CONSTRUCTION, INC., a California Corporation; MIGUEL ANGEL MARQUEZ, an individual,<br>　　　　　Defendants. | Case No. 3:20-cv-02305-JSC<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL** |

　　　　Plaintiffs Operating Engineers' Health and Welfare Trust Fund for Northern California, et al., and Defendants Margin Construction, Inc., et al. (collectively the "Parties") by and through their respective counsel of record, hereby represent that a confidential settlement of this matter has been

1

**STIPULATION FOR VOLUNTARY DISMISSAL**
Case No. 3:20-cv-02305-JSC                                      \\SJLAW-FILES\Public\CLIENTS\OE3CL\Margin Construction\Pleadings\Margin - Dismissal.docx

executed by both Plaintiffs and Defendants. The Parties hereby agree and stipulate as follows:

    1. Plaintiffs' Complaint in this action shall be dismissed with prejudice.

Plaintiffs have not previously filed or dismissed any similar action against Defendants.

Dated: November 8, 2021

        SALTZMAN & JOHNSON
        LAW CORPORATION

By:    /S/
    Allan D. Shuldiner
    Attorneys for Plaintiffs, Operating Engineers
    Health and Welfare Trust Fund for Northern
    California, et al.

Date November 8, 2021

By:    /S/
    Sydney Jay Hall
    Attorneys for Defendants, Margin
    Construction, Inc. and Miguel Angel Marquez

2

**STIPULATION FOR VOLUNTARY DISMISSAL**
**Case No. 3:20-cv-02305-JSC**   \\SJLAW-FILES\Public\CLIENTS\OE3CL\Margin Construction\Pleadings\Margin - Dismissal.docx

**ATTESTATION CERTIFICATE**

In accord with the Northern District of California's Civil Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

Dated: November 8, 2021              SALTZMAN & JOHNSON
                                     LAW CORPORATION


                            By:  _____/S/_____
                                     Allan D. Shuldiner
                                     Attorney for Plaintiffs

3

**STIPULATION FOR VOLUNTARY DISMISSAL**
Case No. 3:20-cv-02305-JSC              \\SJLAW-FILES\Public\CLIENTS\OE3CL\Margin Construction\Pleadings\Margin - Dismissal.docx